# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS


20210806-46

Carlos Rivera-Galvan
81176-179 Bastrop FCI
P.O. Box 1010
Bastrop, TX US 78602

United States Courts
Southern District of Texas
FILED

AUG 17 2021

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, August 6, 2021
Case Number: 7:07-cr-00537
Document Number: 888 (1 page)
Notice Number: 20210806-46
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

**OFFICIAL BUSINESS**



RETURN TO SENDER
☒ NO LONGER AT THIS ADDRESS
☐ PLEASE FORWARD
☐ CAN NOT IDENTIFY - Need Name &
☐ CONTENTS UNKNOWN

United States Courts
Southern District of Texas
**FILED**
AUG 17 2021
Nathan Ochsner, Clerk of Court

NIXIE  757  DE 1  0008/1
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC: 77208101010   *0933-05048-